```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
```

UNITED STATES OF AMERICA,       :
    Plaintiff
                                                :

    vs.                         :   CRIMINAL NO. 1:CR-01-195-05

                                                :
ANTHONY BRAXTON,
    Defendant                   :


*O R D E R*


       AND NOW, this 21st of August, 2006, upon consideration of Defendant's motion (doc. 378) under 28 U.S.C. § 2255, it is ordered that:

       1. Within twenty days of the date of this order, the government shall file an answer to the motion.

       2. Defendant shall thereafter have ten days from the date of receipt of the government's answer to file a reply brief.

       3. Defendant's application (doc. 379) to proceed in forma pauperis is dismissed because his 2255 motion is simply a continuation of his criminal proceedings for which no filing fee nor financial assistance is required at this stage.


                                         /s/William W. Caldwell
                                         William W. Caldwell
                                         United States District Judge