**FILED**
HARRISBURG, PA

# United States District Court
## MIDDLE DISTRICT OF PENNSYLVANIA

AUG 21 2006

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff | **Acknowledgment of Service on<br>The United States Attorney** |
| V. | 1:CR-01-00195-005<br>Judge William W. Caldwell |
| ANTHONY BRAXTON,<br>Defendant | |

---

Pursuant to the Nineteenth Amended Designation for Service of Process and Federal Rule of Civil Procedure 4(I), I ☒ Patricia Wiscount; ☐ Naomi Losch; ☐ Phyllis Mitchell; ☐ Mark Morrison; acknowledge receipt of the following documents:

Defendant's 28 USC 2255 Motion to Vacate Set Aside, or Correct Sentence & Court Order dated 8/21/06.

_8/21/06_
August 21, 2006

_Pat Wiscount_
Signature

---

I, Ann Severino-Michael certify that I served the above listed documents on the signed recipient on August 21, 2006.