TAM:WAB:caz

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | Criminal No. 1:CR-01-195 |
| ) | (Judge Caldwell) |
| v. ) | (Electronically filed) |
| ) | |
| **ANTHONY BRAXTON** ) | |

## MOTION FOR EXTENSION OF TIME

**AND NOW** this 7th day of September 2006, comes Thomas A. Marino, United States Attorney for the Middle District of Pennsylvania, by William A. Behe, Assistant United States Attorney, who files this Motion for Extension of Time and, in support thereof, alleges as follows:

1. The response of the United States to the Petitioner's Motion for Relief Pursuant to 28 U.S.C. § 2255 is due on or before September 7, 2006.

2. Counsel for the United States had been appointed to assist in the prosecution of a murder case for the York County District Attorney's Office and has been involved over the past month in preparing witnesses for said case.

3. Because of counsel's involvement in that matter, counsel for the United States has been unable to adequately review the issues raised by the Petitioner in his Motion and will not be able to meaningfully respond by September 7, 2006.

WHEREFORE, it is respectfully requested that this Honorable Court grant the United States an extension of time to respond until on or before September 29, 2006.

        Respectfully submitted,

        THOMAS A. MARINO
        UNITED STATES ATTORNEY

        /s/ WILLIAM A. BEHE

        _____
        WILLIAM A. BEHE
        Assistant U.S. Attorney
        228 Walnut Street
        P.O. Box 11754
        Harrisburg, PA 17108
        717/221-4482 (Office)
        717/221-2246 (Fax)
        WILLIAM.BEHE@USDOJ.GOV
        Bar No. PA-32284

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | Criminal No. 1:CR-01-195 |
| ) | (Judge Caldwell) |
| v. ) | (Electronically filed) |
| ) | |
| **ANTHONY BRAXTON** ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion to be competent to serve papers.

That this 7th day of September 2006, she served a copy of the attached

### MOTION FOR EXTENSION OF TIME

by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Harrisburg, Pennsylvania:

ADDRESSEE(S):
Anthony Braxton
Inmate No. 10848-067
FCI
P.O. Box 1000/Camp B-Unit
Fort Dix, NJ 08640


/s/ CYNTHIA A. ZIMMERMAN
_____
  CYNTHIA A. ZIMMERMAN
  Legal Assistant