UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) Criminal No. 1:CR-01-195 |
| | ) **(Judge Caldwell)** |
| v. | )  (Electronically filed) |
| | ) |
| **ANTHONY BRAXTON** | ) |

## O R D E R

**AND NOW** this        day of September 2006, upon consideration of the government's Motion for Extension of Time,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED.** The response of the United States shall be due on or before September 29, 2006.

_____
WILLIAM W. CALDWELL
UNITED STATES DISTRICT JUDGE