UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Criminal No. 1:CR-01-195 |
| | ) (Judge Caldwell) |
| v. | ) (Electronically filed) |
| | ) |
| ANTHONY BRAXTON | ) |

### ORDER

AND NOW this 7th day of September 2006, upon consideration of the government's Motion for Extension of Time,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**. The response of the United States shall be due on or before September 29, 2006.

*[signature]*
WILLIAM W. CALDWELL
UNITED STATES DISTRICT JUDGE

FILED
HARRISBURG, PA

SEP 07 2006

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk