```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA,     :
        Plaintiff
                              :

        vs.                   :   CRIMINAL NO.  1:CR-01-195-05

                              :
ANTHONY BRAXTON,
        Defendant             :
```

*O R D E R*

AND NOW, this 7th day of November, 2006, it is ordered that:

   1. A hearing on Defendant's motion under 28 U.S.C. § 2255 (doc. 378) shall be held at 10:00 a.m. on Wednesday, December 20, 2006, in Courtroom No. 1, the Federal Building, 228 Walnut Street, Harrisburg, Pennsylvania.

   2. James J. West, 105 North Front Street, Suite 205, Harrisburg, PA 17101 is appointed to represent Defendant at the hearing.


                           /s/William W. Caldwell
                          William W. Caldwell
                          United States District Judge