UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No. 1:CR-01-195 |
| | ) | (Judge Caldwell) |
| v. | ) | (Electronically filed) |
| | ) | |
| **ANTHONY BRAXTON** | ) | |

## O R D E R

**AND NOW** this ____ day of December 2006, upon consideration of the government's Supplemental Response to Motion for Relieve Pursuant to 28 U.S.C. § 2255,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED.** The evidentiary hearing scheduled for December 20, 2006 is hereby CANCELLED so that the petitioner can be given an opportunity to respond to the Government's Supplemental Response. The Petitioner's response shall be due _____, 2007.

_____
WILLIAM W. CALDWELL
UNITED STATES DISTRICT JUDGE